**Dismissed and Memorandum Opinion filed September 24, 2019.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00315-CV
_____

### EMILIO LOPEZ, Appellant

### V.

### CLEAR LAKE REGIONAL MEDICAL CENTER, CIICA CLEAR LAKE, L.P. D/B/A CLEAR LAKE REGIONAL MEDICAL CENTER, GABRIEL RODRIGUEZ, M.D., TEXAS ONCOLOGY P.A. D/B/A TEXAS UROLOGY SPECIALISTS, TEXAS ONCOLOGY P.A. AND TEXAS UROLOGY SPECIALISTS-WEBSTER, Appellees

**On Appeal from the 270th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-15836**

## MEMORANDUM OPINION

This is an attempted appeal from a judgment signed November 26, 2018. The clerk's record was filed April 26, 2019. The record reflects the notice of appeal was filed April 9, 2019. In response to a notice from this court explaining that the notice of appeal appeared untimely, appellant alleged he did not receive

notice of the November 26, 2018 judgment until January 2, 2019. We abated this appeal and issued an order to the trial court to determine and sign a written order finding the date when appellant or appellant's counsel first received actual notice of the judgment pursuant to rule 306a(4) of the Texas Rules of Civil Procedure. *See* Tex. R. Civ. P. 306a(5). On August 7, 2019, the trial court signed an order finding that the attorneys of record were notified on December 4, 2018 through the Harris County JWEBB database system that a final judgment had been entered.

Based on the trial court's written finding, Appellant's notice of appeal was due January 3, 2019. Appellant's notice of appeal was filed April 9, 2019. Accordingly, the notice of appeal was untimely, and we order the appeal dismissed for want of jurisdiction.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Zimmerer.

2